UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARCADIA SOLUTIONS, LLC and
CASSANDRA M. SMITH,

    Plaintiffs,

v.                                         CASE NO. 21-cv-1139-RBD-LRH

BETHUNE COOKMAN UNIVERSITY,

    Defendant,
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
<u>In the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County Florida; *Cassandra Smith v. Bethune Cookman University and John Pittman;* Case No.: 2020-31481-CICI</u>

____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: August 2, 2021                    /s/ Daniel A. Perez
                                                   Daniel A. Perez, Esquire
                                                   Florida Bar No. 426903
                                                   Pérez Law, P.A.
                                                   105 E. Robinson Street, Ste. 530
                                                   Orlando, FL 32801
                                                   Tel: 407-815-2250
                                                   Fax: 407-815-2257
                                                   Email: dan@perezlawpa.com
                                                   Secondary Email: brene@perezlawpa.com